

**Service of Process Transmittal**
07/23/2020
CT Log Number 537984526

| | |
|---|---|
| **TO:** | KIM LUNDY SERVICE OF PROCESS<br>WALMART INC.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Burton Alice, Pltf. vs. Wal-Mart, Inc., etc., Dft.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020012333CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/23/2020 at 15:16 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/23/2020, Expected Purge Date: 07/28/2020<br><br>Image SOP<br><br>Email Notification,  KIM LUNDY SERVICE OF PROCESS  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / DP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Thu, Jul 23, 2020 |
| **Server Name:** | ANTHONY FERRER |
| **Location:** | PLANTATION, FL |

| | |
|---|---|
| Entity Served | WALMART INC. |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2020-012333-CA-01 |
| Jurisdiction | FL |



Filing # 108754398 E-Filed 06/11/2020 04:40:05 PM

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| ALICE BURTON,<br>      Plaintiff,<br>v.<br><br>WAL-MART, INC., a Corporation,<br>      Defendant.<br>_____ | Case No.: 2020-012333-CA-01 |

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff Of The State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on:

WAL-MART, INC.,

Registered Agent Name & Address
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

DATED: 6/12/2020               CLERK OF THE CIRCUIT COURT

By: _____ 324754
Deputy Clerk

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written answer to the attached complaint with the clerk of this circuit court. A phone call will not protect you. Your written answer, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your answer on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an

attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office listed in the telephone book.

If you choose to file a written answer yourself, at the same time you file your written answer to the court you must also mail or take a copy of your written answer to the Plaintiff's Attorney named below.

<u>Plaintiff's Attorney</u>:
Rosemonde Cely, Esq.
CPLS, P.A.
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887, Fax 407-647-5396
rcely@cplspa.com


**"If you are a person with a disability who needs an accommodation in order to participate in a court proceeding, please contact the Eleventh Judicial Circuit Court ADA Coordinator by calling 305-349-7175 or via email ADA@jud11.flcourts.org. If you are hearing or voice impaired, please call 711 or 1-800-955-8771 for the Florida Relay Service."**

Filing # 108690076 E-Filed 06/10/2020 05:11:53 PM

|  | IN THE CIRCUIT COURT OF THE ELEVETH JUDICIAL CIRCUIT, IN AND FOR DADE COUNTY, FLORIDA |
|---|---|

ALICE BURTON,

     **Plaintiff,**

vs.                                             Case No.

**WAL-MART, INC., a Corporation,**

     **Defendant.**
_____/

## COMPLAINT

     Plaintiff, ALICE BURTON, sues Defendant, WAL-MART, Inc. a Corporation and states as follows:

     1.    This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

     2.    At all times material to this action, Plaintiff, ALICE BURTON, was a natural person visiting Dade County, Florida.

     3.    At all times material to this action, Defendant, WAL-MART, Inc. was a Corporation licensed to do business and with a location at 1425 NE 163rd St., North Miami Beach, FL 33162, Dade County, Florida.

     4.    At all times material to this action, Defendant, WAL-MART, Inc. was a Corporation, was in possession and control of a retail establishment located at 1425 NE 163rd St., North Miami Beach, FL 33162, Dade County, Florida.

     5.    On or about June 11, 2016, while Plaintiff, ALICE BURTON, was lawfully on Defendant's premises located at the above address as a business invitee, Plaintiff,

ALICE BURTON, slipped on a banana fruit, and, as a consequence, Plaintiff, ALICE BURTON fell forcefully and sustained severe bodily injury.

6. Defendant, WAL-MART, Inc. as a Corporation had a duty to its invitees, including Plaintiff, ALICE BURTON, to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7. At the above time and place, Defendant, WAL-MART, Inc. was a Corporation, breached its duties owed to Plaintiff, ALICE BURTON, by committing one or more of the following omissions or commissions:

    a. Negligently failing to maintain or adequately maintain the floor, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

    b. Negligently failing to inspect or adequately inspect the cleanliness of the floor, as specified above, to ascertain whether the transitory substance on the floor constituted a hazard to pedestrians utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

    c. Negligently failing to warn or adequately warn Plaintiff of the danger of the hazardous object on the floor, when the Defendant knew or through exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of the same; and

    d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the hazardous object on Defendant's premises, when this

condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a direct and proximate result of the negligence of Defendant, WAL-MART, Inc. was a Corporation, Plaintiff, ALICE BURTON, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, ALICE BURTON, sues Defendant, WAL-MART, Inc., a Corporation, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed this document using the E-Portal State Filing System which will subsequently give notice and serve copy to all selected subscribers therein.

Date: June 10, 2020

**CPLS, P.A.**
Attorneys|Consultants|Mediators
201 E. Pine Street, Ste. 445
Orlando, FL 32801
407-647-7887/407-647-5396 Fax
CPLS File No.: 2327-1
Attorney for Plaintiff

By: _/s/ Rosemonde Cely_____
Rosemonde Cely, Esq.
Florida Bar No. 053021
Rcely@cplspa.com

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA
## CIVIL DIVISION

**ALICE BURTON, AN INDIVIDUAL,**

    **Plaintiff,**

                                                                             **CASE NO. 2020-012333-CA-01**

**v.**

**WAL-MART, INC.,**

    **Defendant.**

_____/

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

TO: Rosemonde Cely, Esq.
     CPLS P.A.
     201 E. Pine Street, St. 445
     Orlando, FL 32801

**PLEASE TAKE NOTICE** that on March 12, 2021, Defendant, Walmart, Inc., in the above titled action filed a Notice of Removal, a copy of which is attached hereto, of the above-titled action to the United States District Court for the Southern District of Florida, Miami Division.

You are also advised that Walmart, Inc., on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of Florida, Miami Division, also filed copies thereof with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to effect removal pursuant to 28 U.S.C.§1446(d).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by e-portal and e-served this 12th day of March 2021 to: Rosemonde Cely, Esq. *Attorney for Plaintiff,* CPLS P.A., 201 E. Pine Street, Ste. 445, Orlando, FL 32801 at Rcely@cplspa.com.

2

                          Respectfully submitted,

By:    /s/ *Sophia R. Ward*
        Sophia R. Ward, Esq.
        Florida Bar No.: 86139
        Dakeitha S. Haynes, Esq.
        Florida Bar No.: 1002429
        **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
        *Attorneys for Defendant*
        9300 S. Dadeland Blvd., 4th Floor
        Miami, FL 33156
        Tel: (305) 670-1101
        Fax: (305) 670-1161
        Email: rclyne.pleadings@qpwblaw.com
                sophia.ward@qpwblaw.com
                Dakeitha.haynes@qpwblaw.com
                gcastro@qpwblaw.com
                jenzell.brown@qpwblaw.com